# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **ROBERT CARSWELL,** <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Defendant. | Civil Action 5:93-CR-25 (HL) |

## ORDER

Before the Court is a Motion for Early Termination of Probation filed by Robert Carswell (Doc. 221). The record reflects that Mr. Carswell is not in custody based on any charge brought against him in the Middle District of Georgia, and therefore, this Court does not have jurisdiction to rule on his Motion. His Motion is denied for lack of jurisdiction.

**SO ORDERED**, this 13th day of June, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebrs