# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ROBERT CARSWELL,**

    Petitioner,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

Case No. 5:93-cr-25 (HL)

## ORDER

Before the Court is Petitioner's Motion for Reconsideration (Doc. 230) of the Court's order denying his motion to appeal *in forma pauperis* and stating it had no jurisdiction over his Motion to Reserve Banking and Banking Rights (Doc. 227). Petitioner's Motion for Reconsideration is denied as frivolous. In this newest motion, Petitioner fails to offer any new legally-relevant factual or legal arguments. If Petitioner persists in filing frivolous motions, the Court will impose appropriate sanctions.

**SO ORDERED**, this the 23rd day of September, 2013.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

scr